**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01568-CR
No. 05-12-01569-CR
No. 05-12-01570-CR
No. 05-12-01571-CR

**CHRISTOPHER JOEL GRAHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80003-2012, 296-80004-2012, 296-80005-2012, 296-80006-2012**

## ORDER

We **GRANT** Official Court Reporter Janet L. Dugger's January 2, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **SIXTY DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE